*Friday, April 21, 1995*
## MOTION DOCKET

**94–108.** State ex rel. Howard v. Ferreri. In Mandamus.

This cause came on for further consideration upon relator's motion for an order to show cause why respondents should not be held in contempt for failure to comply with this court's order dated October 19, 1994. On January 9, 1995, relator filed a notice that the underlying appeal for which relator sought certain transcripts had been dismissed by the court of appeals.

IT IS ORDERED by the court, *sua sponte*, effective April 19, 1995, that relator show cause on or before May 9, 1995, why this cause should not be dismissed as moot.

COOK, J., not participating.

## MISCELLANEOUS DISMISSALS

**95–69.** Moore v. Dayton Power & Light Co. *Montgomery County*, No. 14482.

This cause is pending before the court on the certification of conflict by the Court of Appeals for Montgomery County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court, effective April 20, 1995, that this cause be, and hereby is, dismissed.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–81.** Moore v. Dayton Power & Light Co. *Montgomery County*, No. 14482.

This cause is pending before the court on the certification of conflict by the Court of Appeals for Montgomery County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court, effective April 20, 1995, that this cause be, and hereby is, dismissed.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–399.** State ex rel. Potts v. Indus. Comm. *Franklin County*, No. 93APD10–1374.

This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective April 20, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.